## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GARY LEON WEBSTER**                                            **PLAINTIFF**
**ADC #114018**

**v.**                          **No. 3:26-cv-161-DPM**

**DAYS INN MOTELS, INC. and**
**PIGG, Police Officer, Jonesboro Police**
**Department**                                                  **DEFENDANTS**

### ORDER

1.    Webster is a three-striker.  Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g., Webster v. Does*, 3:19-cv-59-DPM (E.D. Ark.); *Webster v. Pigg*, 3:19-cv-60-DPM (E.D. Ark.);  and *Webster v. Day Inn Motels, Inc., et al.*, 3:19-cv-78-DPM (E.D. Ark.).  Nothing in Webster's new complaint, *Doc. 1*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).  His complaint will therefore be dismissed without prejudice.  His motions for service, *Doc. 2*, and for a status update, *Doc. 3*, are denied as moot.

2.    If Webster wants to pursue this case, then he must pay the $405 filing and administrative fees and file a motion to reopen the case by 23 July 2026.  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

- 2 -

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_26 June 2026_