## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

GARY LEON WEBSTER                                                    PLAINTIFF
ADC #114018

v.                                    No. 3:26-cv-161-DPM

DAYS INN MOTELS, INC. and
PIGG, Police Officer, Jonesboro Police
Department                                                          DEFENDANTS

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
26 June 2026